# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

**Ronald W. Meister**
Direct (212) 790-9255
rwm@cll.com

March 10, 2010

**VIA ECF**

Hon. Steven M. Gold, Chief U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Queensboro Farm Pdts., Inc. v. U.S. Fire Ins. Co. - 09-4867 (RJG)(SMG)</u>

Dear Judge Gold:

    This firm represents plaintiff in the above-entitled matter, in which a settlement conference has been scheduled for May 6, 2010, at 3:00 P.M. My client has today informed me that he has been called out of town on that date, and asks if the conference may be rescheduled. I have conferred with defendant's counsel and confirmed that all counsel and parties are available at any time on Tuesday through Friday of the following week, May 11 through 14. We accordingly ask that the conference be re-scheduled during that period, if convenient to the Court.

Very respectfully,

Ronald W. Meister

cc: Jonathan Chernow, Esq.
    Attorney for Defendant
    (via ECF)